IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID LEWIS GLEFFE,** | CIV S-07-1728 GEB KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **DERRAL G. ADAMS, Warden, et al.,** | |
| Respondents. | |

Good cause appearing, IT IS HEREBY ORDERED that Respondents' request to file a response to Petitioner's Petition for Writ of Habeas Corpus on or before March 5, 2008 (docket no. 8), is granted. Petitioner's reply, if any, shall be filed and served within thirty days after service of the answer.

Dated: January 31, 2008.

_____
U.S. MAGISTRATE JUDGE

Order

1